CHRISTOPHER BASILE, Appellant, v SHERRY WIGGS, Respondent.

Submitted June 16, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELEANOR BRAUN, Respondent, v LACEY DE-CICCO, Appellant, et al., Respondent.

In the Matter of ROBIN HELLINGER, Respondent, v LACEY DE-CICCO, Appellant, et al., Respondent.

Submitted June 9, 2014; decided September 4, 2014

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division orders dismissing appellant's appeals insofar as taken from Family Court's orders concerning the best interests of the children, dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511); motion for leave to appeal otherwise denied.